IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR LOPEZ,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>P. COVELLO, et al.,<br><br>　　　　　　Defendants. | Case No. 2:21-cv-02380-TLN-EFB (PC)<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANT'S MOTION TO MODIFY THE COURT'S ORDER ON DISCOVERY AND SCHEDULING |

　　　Defendant Materials and Store Supervisor P. Singh moved to change the time, by 60 days, to complete discovery. Having read and considered Supervisor Singh's request to change the time and the declaration of Supervisor Singh's counsel supporting the request, and for good cause appearing, Supervisor Singh's motion is **GRANTED**. Supervisor Singh may serve written discovery by August 29, 2022 and complete discovery by November 15, 2022.

　　　**IT IS SO ORDERED**.

　　　Dated: August 24, 2022.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE