UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR LOPEZ,<br><br>    Plaintiff,<br><br>  v.<br><br>PATRICK COVELLO, Warden, et al.,<br><br>    Defendants. | No. 2:21-cv-02380-TLN-EFB (PC)<br><br><br>ORDER |

  Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. Plaintiff requests a 30-day extension of time to oppose defendant's motion for summary judgment. ECF No. 34. Defendant has filed a statement of non-opposition to plaintiff's request. ECF No. 35. Good cause appearing, plaintiff's request is granted.

  Accordingly, IT IS HEREBY ORDERED that plaintiff's request for an extension of time (ECF No. 34) is granted and he shall file an opposition to defendant's motion for summary judgment within 30 days from the date this order is served.

Dated: March 23, 2023.

                EDMUND F. BRENNAN
                UNITED STATES MAGISTRATE JUDGE