UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR LOPEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>PRAVEEN SINGH,<br><br>    Defendant. | No. 2:21-cv-02380-DJC-EFB (PC)<br><br><br>ORDER |

Plaintiff proceeds without counsel in an action brought under 42 U.S.C. § 1983. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1).

On August 28, 2024, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Defendant has filed objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

////

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 28, 2024, are adopted in full;

2. Defendants' motion for summary judgment on the ground of qualified immunity (ECF No. 32) is DENIED.

3. This matter is referred back to the Magistrate Judge for all further pretrial proceedings.

IT IS SO ORDERED.

Dated:   **September 29, 2024**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2